UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Cause No. 1:11-cr |
| SAMUEL T. HENZEL, | ) **1:11-cr-0011 TWP-KPF** |
| Defendant. | ) |

## INFORMATION

### Count 1
**[Travel with Intent to Engage in Illicit Sexual Conduct]**

The United States Attorney charges that:

On or about October 30, 2010, in Hamilton County, within the Southern District of Indiana, SAMUEL T. HENZEL, the defendant herein, traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, to wit: on October 30, 2010, SAMUEL T. HENZEL traveled from his residence in or about Oak Park, Illinois, to Westfield, Indiana, within the Southern District of Indiana, for the purpose of engaging in illicit sexual conduct, as defined at Title 18, United States Code, Section 2423(f), with JANE DOE, the pseudonym for a minor female who was then twelve (12) years of age.

All of which is a violation of Title 18, United States Code, Section 2423(b).

# FORFEITURE

1. The allegations in Count One of this Information are realleged as if fully set forth here, for the purpose of giving the defendant notice that the United States intends to seek forfeiture of property pursuant to Title 18, United States Code, Section 2253 as part of any sentence imposed herein.

2. If convicted of the offense set forth in Count One, SAMUEL T. HENZEL, defendant herein, shall forfeit to the United States the defendant's interest in: 1) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and 2) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

## Substitute Assets

3. Pursuant to Title 21, United States Code, Section 853(p), the court shall order the forfeiture of any other property of the defendant, up to the value of any property described in paragraph 2, if, by any act or omission of the defendant, the property described in paragraph 2, or any portion thereof:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty.

In keeping with the foregoing, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of all forfeitable property as described above in Paragraph 2.

JOSEPH H. HOGSETT
United States Attorney

STATE OF INDIANA    )
                    ) SS:
COUNTY OF MARION    )

A. Brant Cook, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America, and that the Allegations in the foregoing Information are true as he is informed and verily believes.

A. Brant Cook
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, this 31st day of Jan, 2011.

Joseph G. Fetters
Notary Public

My Commission Expires: February 24, 2015

My County of Residence: MARION