UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:11-CR-00011-TWP-KPF |
| ) | |
| SAMUEL T. HENZEL, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED FACTUAL BASIS

The United States of America, by counsel, Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, and A. Brant Cook, Assistant United States Attorney, and the Defendant, SAMUEL T. HENZEL ("HENZEL"), by counsel, Jack Crawford, file this Stipulated Factual Basis of the Parties:

On October 30th, 2010, patrol officers of the Westfield Police Department were dispatched to the area of 151st Street and Thatcher Lane. On arrival, the officers made contact with Jane Doe, a minor female approximately twelve (12) years of age. Jane Doe reported that she had been kidnapped by a man named "Sam" at the Comfort Suites hotel, and provided a description of the man and his car, as well as the room number at the hotel where he was staying. Officers located a green 4 door Saturn in the parking lot of Comfort Suites, matching Jane Doe's description. Officers confirmed that a Samuel Henzel was checked into room 103 at the Comfort Suites, matching the information provided by Jane Doe. Officers then located HENZEL, and he matched Jane Doe's physical description.

HENZEL agreed to an interview with law enforcement and waived his rights. HENZEL stated that he met Jane Doe while chatting on the internet during the month of October 2010, and that she indicated that she was twelve (12) years of age. Despite knowledge of Jane Doe's age, HENZEL claimed that he arranged with her that he would travel from his residence in Oak Park, Illinois, to Westfield, Indiana, in order to engage in sexual activity with her. HENZEL stated that he traveled to Westfield, Indiana on October 30th, 2010, in order to engage in this arranged sexual activity with Jane Doe. HENZEL checked into the Comfort Suites Hotel located at 15131 Thatcher Lane, Carmel, Indiana, at approximately 3:00 p.m., and later met Jane Doe elsewhere. HENZEL claimed that he and Jane Doe returned to his hotel room and engaged in consensual sexual activity, to include oral and vaginal intercourse.

Jane Doe was forensically interviewed twice. During the second interview, Jane Doe confirmed that she and HENZEL engaged in sexual activity in the motel room. Jane Doe stated that she met HENZEL online, and that they engaged in internet chat prior to his traveling to Indiana to meet her.

The Comfort Suites Hotel in which HENZEL engaged in sexual activity with Jane Doe is within the Southern District of Indiana.

Respectfully submitted,

JOSEPH H. HOGSETT
United States Attorney

By: _____
A. Brant Cook
Assistant United States Attorney


_____
SAMUEL T. HENZEL
Defendant


_____
Jack Crawford
Attorney for SAMUEL T. HENZEL